IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| LAILA AFGHAN, ) | |
| ) | Civil Action No. 1:25-cv-04104-LKG |
| Petitioner, ) | |
| ) | Dated: January 7, 2026 |
| v. ) | |
| KRISTI NOEM, *et al.*, ) | |
| Respondents. ) | |

## ORDER

On December 12, 2025, the Petitioner, Laila Afghan, filed a petition for a writ of habeas corpus in the above-captioned matter. ECF No. 1. On January 7, 2026, the Court held a hearing on the Petitioner's petition for a writ of habeas corpus. ECF No. 23.

For the reasons stated during the hearing, the Court:

(1) **GRANTS-in-PART** the Petitioner's petition for writ of habeas corpus (ECF No. 1);

(2) **ORDERS** that the Respondents **IMMEDIATELY RELEASE** the Petitioner, Laila Afghan, subject to her attendance at any bond hearing to be scheduled by the Respondents in Maryland[1];

(3) **DENIES-as-MOOT** the Petitioner's motion for retention of jurisdiction (ECF No. 2); and

(4) **DISMISSES** the Petitioner's petition for writ of habeas corpus (ECF No. 1).

The Clerk is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

---

[1] During the hearing, the Government did not object to the Petitioner's release in light of the Court's ruling.